**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                                Case No. 19-13625-jkf
                                                                              Chapter 7
LEROY ALLEN STEIDINGER, JR.

PATRICIA ANN STEIDINGER

Debtor(s).

## NOTICE OF APPEARANCE

**M&T Bank**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    */s/ Daniel Jones, Esquire*
          Daniel Jones, Esquire,
          Bar No: 321876
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          djones@sterneisenberg.com
          Attorney for Creditor

# **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of June, 2019, to the following:

Charles Laputka
Laputka Law Office
1344 West Hamilton Street
Allentown, PA 18102
claputka@laputkalaw.com
***Attorney for Debtor(s)***

Michael H. Kaliner
350 South Main Street
Suite 105
Doylestown, PA 18901
michaelkaliner@7trustee.net
***Chapter 7 Trustee***

United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Leroy Allen Steidinger, Jr.
1310 Fleming Street
Bethlehem, PA 18017

Patricia Ann Steidinger
1310 Fleming Street
Bethlehem, PA 18017
***Debtor(s)***

              By:  */s/Daniel Jones, Esquire*