Jones, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| In Re:<br>   Leroy Allen Steidinger, Jr.<br>   Patricia Ann Steidinger<br>    Debtor(s) | Chapter 7<br><br>Case Number: 19-13625-jkf |
|---|---|

## **ORDER**

Upon the Motion for Relief of M&T Bank from the Automatic Stay under 11 U.S.C. § 362(d) With Respect to Real Property located at 31-33 West Union Boulevard, Bethlehem, PA 18018 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, and for cause shown, it is:

ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified and annulled to allow Movant (and any assignee/successor-in-interest) to proceed with its state court remedies under state and federal law, including but not limited to a possessory action regarding the Property located at 31-33 West Union Boulevard, Bethlehem, PA 18018 ("Property").

~~It is further ORDERED that the Automatic Stay (under 11 USC §362) with regard to the Property shall not arise as to Movant and any assignee/successor-in-interest in this Bankruptcy or any other Bankruptcy filed by the Debtor.~~

~~It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

Dated: 8/20/19

_____
UNITED STATES BANKRUPTCY JUDGE
  Jean K. FitzSimon