United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Leroy Allen Steidinger, Jr.
Patricia Ann Steidinger
       Debtors

Case No. 19-13625-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Aug 20, 2019
                          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.
db/jdb        +Leroy Allen Steidinger, Jr.,   Patricia Ann Steidinger,   1310 Fleming Street,
                Bethlehem, PA 18017-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
       CHARLES   LAPUTKA    on behalf of Joint Debtor Patricia Ann Steidinger claputka@laputkalaw.com,
        jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
       CHARLES   LAPUTKA    on behalf of Debtor Leroy Allen Steidinger, Jr. claputka@laputkalaw.com,
        jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
       DANIEL P. JONES    on behalf of Creditor    M & T Bank djones@sterneisenberg.com,
        bkecf@sterneisenberg.com
       KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, as indenture trustee,
        for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4
        bkgroup@kmllawgroup.com
       MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
       MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                    TOTAL: 7

JONES, ESQ.
STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| In Re:<br>   Leroy Allen Steidinger, Jr.<br>   Patricia Ann Steidinger<br>    Debtor(s) | Chapter 7<br><br>Case Number: 19-13625-jkf |
|---|---|

**ORDER**

Upon the Motion for Relief of M&T Bank from the Automatic Stay under 11 U.S.C. § 362(d) With Respect to Real Property located at 31-33 West Union Boulevard, Bethlehem, PA 18018 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, and for cause shown, it is:

ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified and annulled to allow Movant (and any assignee/successor-in-interest) to proceed with its state court remedies under state and federal law, including but not limited to a possessory action regarding the Property located at 31-33 West Union Boulevard, Bethlehem, PA 18018 ("Property").

~~It is further ORDERED that the Automatic Stay (under 11 USC §362) with regard to the Property shall not arise as to Movant and any assignee/successor-in-interest in this Bankruptcy or any other Bankruptcy filed by the Debtor.~~

~~It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

Dated: 8/20/19

_/s/ Jean K. FitzSimon_

UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon