Certificate Number: 17082-PAE-DE-033292573

Bankruptcy Case Number: 19-13625



17082-PAE-DE-033292573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2019, at 4:47 o'clock PM MST, LEROY A STEIDINGER Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

| | | |
|---|---|---|
| Date: August 22, 2019 | By: | /s/Orsolya K Lazar |
| | Name: | Orsolya K Lazar |
| | Title: | Executive Director |