Certificate Number: 17082-PAE-DE-033292363

Bankruptcy Case Number: 19-13625



17082-PAE-DE-033292363

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 22, 2019, at 4:02 o'clock PM MST, PATRICIA A STEIDINGER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 22, 2019            By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director