United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leroy Allen Steidinger, Jr.  
Patricia Ann Steidinger  
    Debtors

Case No. 19-13625-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Randi   Page 1 of 1   Date Rcvd: Oct 22, 2019  
                              Form ID: 195   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2019.  
db/jdb       +Leroy Allen Steidinger, Jr.,   Patricia Ann Steidinger,   1310 Fleming Street,   Bethlehem, PA 18017-6126

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2019 at the address(es) listed below:  
        CHARLES LAPUTKA    on behalf of Joint Debtor Patricia Ann Steidinger claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        CHARLES LAPUTKA    on behalf of Debtor Leroy Allen Steidinger, Jr. claputka@laputkalaw.com, jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
        DANIEL P. JONES    on behalf of Creditor   M & T Bank djones@sterneisenberg.com, bkecf@sterneisenberg.com  
        KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2017-4, Mortgage-Backed Notes, Series 2017-4 bkgroup@kmllawgroup.com  
        MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                    TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Leroy Allen Steidinger, Jr. and Patricia Ann Steidinger   : Case No. 19–13625–jkf
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 22, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

27
Form 195